Philips' conversation with McAllister, at folio 181 of the case; (2) whether on the facts the defendant was entitled to have the case submitted to the jury is at least doubtful, but as the judgment must be reversed for the error already pointed out, we do not discuss that question.

---

WEST SIDE R. CO. OF ELMIRA, Appellant, v. NEW YORK, L. E. & W. R. CO., Respondent.

(Supreme Court, General Term, Fourth Department. September 23, 1893.)

Action by the West Side Railroad Company of Elmira, New York, against the New York, Lake Erie & Western Railroad Company.
No opinion. Order, so far as appealed from, reversed, with $10 costs.

---

WILLIAMS, Respondent, v. HARMAN, Appellant.

(Supreme Court, General Term, Fourth Department. September 23, 1893.)

Action by Aretas P. Williams against George W. Harman.
Judgment of the county court affirmed, with costs.

---

JACOBS, Respondent, v. STERN, Appellant.

(Common Pleas of New York City and County, General Term. January 2, 1894.)

Appeal from eleventh district court.
Action by Maurice Jacobs against Nathan Stern.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
E. A. Jacobs, for appellant.
L. McAdam, for respondent.
No opinion. Judgment reversed, with costs.

---

W. D. WILSON PRINTING INK CO., Respondent, v. FORD, Appellant.

(Common Pleas of New York City and County, General Term. January 2, 1894.)

Appeal from city court, general term.
Action by the W. D. Wilson Printing Ink Company against Austin E. Ford.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
W. Lane O'Neill, for appellant.
Philip Carpenter, for respondent.
No opinion. Order of the general term of the city court (26 N. Y. Supp. 538) reversed, and judgment of the special term affirmed, with costs.

---

GENDRON IRON WHEEL CO., Appellant, v. SNOW et al., Respondents.

(Common Pleas of New York City and County, General Term. January 3, 1894.)

Appeal from special term.
Action by the Gendron Iron Wheel Company against Snow, Church & Company.
Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
C. H. Fuller, for appellant.
No opinion. Order affirmed, with costs.